UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

    Wayne Culbertson

Case No19-21433-RBR
Chapter 13

    Debtors.    /

## MOTION BY 21ST MORTGAGE CORPORATION FOR RELIEF FROM STAY AND FOR PROSPECTIVE RELIEF FROM STAY

21ST MORTGAGE CORPORATION ("Creditor"), by and through its undersigned attorney, moves the Court to grant it Relief from the Automatic Stay for cause and for prospective relief from stay pursuant to Sections 105, 362(d)(1) and 362(d)(4)(B) of the Bankruptcy Code, and as grounds therefore would show:

1. The Debtors filed a Petition under Chapter 13 of the Bankruptcy Code on August 26, 2019. And this Court has jurisdiction pursuant to 11 U.S.C. Sections 101 et seq. and 28 U.S.C. Section 157(a). Robin R. Weiner is the Trustee in this Case.

2. Creditor owns and holds an Adjustable Rate Note and a Mortgage ("Note and Mortgage") granting it a security interest in the property owned by the Debtors. A copy of the Note and Mortgage are attached hereto as Exhibit "A" and Exhibit "B" and is incorporated herein by reference.

3. Funds were advanced in connection with the aforementioned contracts as purchase money for the following property **LOT TWO (2) LESS THE EAST 65 FEET THEREOF AND THE EAST 45 FEET OF LOT THREE (3), BLOCK R OF**

02594908.v1

**CORAL RIDGE COUNTRY CLUB SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 36, PAGE 30, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA** and more commonly known as 2500 NE 36TH Street, Fort Lauderdale, FL 33308, and located in Broward County, Florida.

4. The amount of the debt secured by the lien is $1,020,442.95. Creditor lacks adequate protection for its interest in the property.

5. The loan is currently due for the November 1, 2009 payment and all subsequent payments.

6. **The property has been surrendered to Creditor, or the Debtors have indicated an intention to surrender the property to Creditor.** Creditor's Affidavit as to Surrendered Property is attached hereto as Exhibit C.

7. Movant requests a waiver of the fourteen (14) days stay under Rule 4001(a)(3) of the Order Granting Relief so that Movant may pursue *in rem* remedies without further delay.

8. Creditor has retained the undersigned to represent it in this cause and has agreed to pay a reasonable fee for such representation, for which Defendants are responsible pursuant to the terms of the Note and Mortgage.

9. The time required for a hearing on this Motion is ten (10) minutes.

WHEREFORE, Creditor, 21st Mortgage Corporation, respectfully requests this Court to enter an Order which modifies the Automatic Stay and permits Creditor foreclose its interest in a dispose of the property, furnish notices to Debtor regarding the

sale and proceeds of sale, pursuant to the terms of the Note and mortgage and state law, and for any and such other relief as this courts deems just and equitable, including prospective relief from stay, a certified copy of which may be recorded.

DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
Attorneys for Creditor

By: _____
Leslie S. White, for the firm
Florida Bar No. 521078
Telephone 407-841-1200
Facsimile 407-423-1831
primary email: lwhite@deanmead.com
secondary email: bransom@deanmead.com

SEND MAIL TO:
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
Attn: Leslie S. White
Post Office Box 2346
Orlando, FL 32802-2346