

**ORDERED in the Southern District of Florida on November 11, 2019.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Wayne Culbertson

Case No 19-21433-RBR
Chapter 13

_____Debtors._____/

### ORDER GRANTING MOTION BY 21st MORTGAGE CORPORATION FOR RELIEF FROM STAY DOC 24)

**THIS CASE** came before the Court on November 6, 2019 on the consent portion of the calendar upon Motion for Relief from the Automatic Stay filed by 21ST Mortgage Corporation (Doc. 19). **No party filed an objection within the prescribed time period and no objection was raised at the hearing. The court considers the matter unopposed.** It is therefore

**ORDERED AND ADJUDGED:**

1. The Motion for Relief from Stay is granted.

2. The automatic stay is modified to permit 21st Mortgage Corporation to take those steps permitted by law to take possession of, foreclose its interest in and dispose of the property as described as follows: **LOT TWO (2) LESS THE EAST 65 FEET THEREOF AND**

O2645285.v1

**THE EAST 45 FEET OF LOT THREE (3), BLOCK R OF CORAL RIDGE COUNTRY CLUB SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 36, PAGE 30, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA** and more commonly known as 2500 NE 36TH Street, Fort Lauderdale, FL 33308, and located in Broward County, Florida**,** and to furnish to the Debtor any notices required under state law regarding the date of sale and proceeds of sale.

3. This order is entered for the sole purpose of allowing Movant to proceed against the property. This order does not authorize Movant to seek or obtain an *in personam* remedy against the Debtor.

4. This Court makes no determination as to the movant's standing as to the requested relief and makes no determination that the Debtor has defaulted on the underlying obligation.

# # #

Submitted by:

Leslie S. White, Esq.
Dean, Mead, Egerton, Bloodworth,
Capouano & Bozarth, P.A.
PO Box 2346
Orlando, FL 32802-2346
P: 407-841-1200
F: 407-423-1831
lwhite@deanmead.com

Attorney Leslie S. White, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service.

O2645285.v1